Decided December 2, 2003

## JORGE ALVAREZ *v.* COMMISSIONER OF CORRECTION

The petitioner Jorge Alvarez' petition for certification for appeal from the Appellate Court, 79 Conn. App. 847 (AC 23604), is denied.

*Sebastian O. DeSantis,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided December 2, 2003